UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

CASE NO.: 20-62152-CIV-DIMITROULEAS

DAVID THOMPSON,

    Plaintiff,

vs.

REGIONS SECURITY SERVICES, INC.,
a Florida corporation,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT

Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff David Thompson, through undersigned counsel, hereby accepts and provides notice that he has accepted Defendant's Offer of Judgment to Plaintiff dated May 17, 2024, attached hereto as Exhibit A, and requests the Clerk of Court to enter judgment accordingly.

Dated: May 17, 2024
Plantation, Florida

Respectfully submitted,

/s/ Robert S. Norell
Robert S. Norell, Esq.
Fla. Bar No. 996777
E-Mail: rob@floridawagelaw.com
**ROBERT S. NORELL, P.A.**
300 N.W. 70th Avenue
Suite 305
Plantation, FL 33317
Telephone: (954) 617-6017
Facsimile: (954) 617-6018
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2024, a true and correct copy of the foregoing was served on the parties listed in the Service List below in the manner indicated therein.

*/s/ Robert S. Norell*
Robert S. Norell, Esq.

## SERVICE LIST
CASE NO.:  20-62152-CIV-DIMITROULEAS

Robert S. Norell, Esq.
E-Mail: rob@floridawagelaw.com
**ROBERT S. NORELL, P.A.**
300 N.W. 70th Avenue, Suite 305
Plantation, Florida 33317
Tel: 954-617-6017
Fax: 954-617-6018
*Counsel for Plaintiff*

Anthony F. Sanchez, Esq.
E-mail: afs@laborlawfla.com
**ANTHONY F. SANCHEZ, P.A.**
6701 Sunset Drive, Suite 101
Miami, Florida 33143
Tel: 305-665-9211
*Counsel for Defendant*
Method of Service: CM/ECF