UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

Case No.: 0:20-cv-62152-DIMITROULEAS/AUGUSTIN-BIRCH

**David Thompson**,

      Plaintiff,

vs.

**Regions Security Services, Inc.**, a for profit
Florida corporation,

      Defendant.

**DEFENDANT REGIONS SECURITY SERVICES, INC.'S OFFER OF JUDGMENT**

    Defendant, Regions Security Services, Inc., ("Regions") serves this Offer of Judgment pursuant to Fed. R. Civ. P. 68(c).

    1.    Regions offers to allow judgment to be entered – substantially in the form attached hereto as **Exhibit 1** – in favor of Plaintiff David Thompson ("Thompson") and against Regions, in the amount of $5,650.82, in full satisfaction of all wage claims and liquidated damages.

    2.    On April 23, 2024, the Court entered the "Omnibus Order on Motions for Summary Judgment" [ECF No. 58]. In accordance with said Order, the Court determines that Regions is liable to Thompson for unpaid overtime hours due. The Order also makes clear that the only remaining issues of material fact pertain to the number of overtime hours Thompson actually worked each week, and whether he is entitled to an award of liquidated damages.

    3.    Rule 68(c) of the Federal Rules of Civil Procedure provides, in pertinent part: "[w]hen one party's liability to another has been determined but the extent of liability remains to be determined by further proceedings, the party held liable may make an offer of judgment."

# Exhibit A

Fed. R. Civ. P. 68(c). Regions hereby makes this Offer of Judgment in accordance with Fed. R. Civ. P. 68(c).

4.      This Offer of Judgment is made without prejudice to Thompson's right to seek attorney's fees and costs by timely motion in accordance with 29 U.S.C. § 216(b) and applicable rules of civil procedure.

5.      This Offer of Judgment is not an admission or confession of liability by Regions, who retains the right to appeal the Court's determination of liability.

6.      This offer is withdrawn if not accepted in writing within 14 days of service, per Rule 68(a), Fed. R. Civ. P.

WHEREFORE, Defendant Regions Security Services, Inc. offers judgment be entered in accordance with Rule 68 (c) substantially in the form attached hereto as Exhibit "1".

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 17, 2024 a true and correct copy of the foregoing was served on the parties listed in the Service List below in the manner indicated therein.

ANTHONY F. SANCHEZ, P.A.
ATTORNEYS FOR DEFENDANT
6701 SUNSET DRIVE, SUITE 101
MIAMI, FLORIDA 33143
TEL.: 305-665-9211

BY:   /s ANTHONY F. SANCHEZ
ANTHONY F. SANCHEZ
FLORIDA BAR No.789925
afs@laborlawfla.com

## <u>SERVICE LIST</u>

Robert S. Norell, Esq.
Florida Bar No.: 996777
rob@floridawagelaw.com
assistant@floridawagelaw.com
***Counsel for Plaintiff***
ROBERT S. NORELL, P.A.
300 N.W. 70th Avenue, Suite 305
Plantation, Florida 33317
Tel:  954-617-6017
Fax: 954-617-6018
*Via email*

Anthony F. Sanchez, Esq.
Florida Bar No.: 789925
afs@laborlawfla.com
faz@laborlawfla.com
***Counsel for Defendant***
ANTHONY F. SANCHEZ, P.A.
6701 Sunset Drive, Suite 101
Miami, Florida 33143
Tel:  305-665-9211

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:20-cv-62152-DIMITROULEAS/AUGUSTIN-BIRCH

**David Thompson**,

    Plaintiff,

vs.

**Regions Security Services, Inc.**,

    Defendant.

## **JUDGMENT**

In accordance with Fed. R. Civ. P. 68(c), it is hereby

**ORDERED AND ADJUDGED** that:

1.      Judgment is entered in favor of Plaintiff David Thompson and against Defendant

Regions Security Services, Inc.

2.      Plaintiff shall recover from Defendant the sum of $5,650.82.

3.      This Final Judgment is entered without prejudice to Plaintiff David Thompson's

right to timely seek an award of attorney's fees and costs upon timely motion in accordance with

29 U.S.C. § 216(b) and applicable rules of procedure.

4.      This Final Judgment is entered without prejudice to Defendant Regions Security

Services, Inc.'s right to appeal.

**DONE AND ORDERED** in Chambers in Ft. Lauderdale, Florida, this __ day of May,

2024.

_____
WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE