UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-62152-CIV-DIMITROULEAS

DAVID THOMPSON,

Magistrate Judge Birch

     Plaintiff,

vs.

REGIONS SECURITY SERVICES,
INC., a Florida corporation,

     Defendant.

_____/

## **FINAL JUDGMENT**

THIS CAUSE is before the Court upon Plaintiff's Notice of Acceptance of Defendant's Offer of Judgment (the "Notice") [DE 61], filed herein on May 17, 2024. The Court has carefully considered the Notice, the Offer [DE 61-1], and is otherwise fully advised in the premises.

"When a plaintiff's FLSA claim is compromised, acceptance of a Rule 68 offer of judgment does not relieve the Court of its duty to determine whether the settlement is a "fair and reasonable resolution of a bona fide dispute" as required by *Lynn's Food Stores, Inc. v. United States,* 679 F.2d 1350 (11th Cir.1981)." *Sommer v. Augie My Boy, LLC*, No. 2:14-CV-77-FTM-29CM, 2015 WL 268991, at *1 (M.D. Fla. Jan. 21, 2015); *see also Kingsley v. Noonan*, No. 6:12-CV-500-ORL-22, 2012 WL 5378743, at *1 (M.D. Fla. Oct. 31, 2012); *c.f. Mackenzie v. Kindred Hospitals E., L.L.C.*, 276 F. Supp. 2d 1211, 1217 (M.D. Fla. 2003) (holding that *Lynn's Food Stores* fairness analysis does not apply where defendant offered plaintiff more than full relief).  The Court has reviewed the record and the Offer and finds that the settlement is fair and reasonable.

2

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.   Judgment is hereby entered in favor of Plaintiff David Thompson and against Defendant Regions Security Services, Inc. in the amount of $5,650.82, representing unpaid overtime compensation and liquidated damages;

2.   The above-styled action is hereby **DISMISSED WITH PREJUDICE**;

3.   The Court shall retain jurisdiction to determine Plaintiff's reasonable attorney's fees and costs pursuant to 29 U.S.C. § 216(b) and applicable rules of civil procedure. *See* [DE 61-1].  If the parties are unable to resolve the amount amongst themselves, Plaintiff may file a timely motion for fees and costs, which shall be referred to the Magistrate Judge.

4.   The Court takes no position on what appeal rights Defendant has retained by its Offer of Judgment and Plaintiff's acceptance thereof. *See Thomas v. Everest Receivable Servs., Inc.,* No. 20-13834-CC, 2021 WL 10717222, at *1 (11th Cir. Apr. 28, 2021); *Yunker v. Allianceone Receivables Mgmt., Inc.*, 701 F.3d 369, 374 (11th Cir. 2012).

5.   The Clerk shall **CLOSE** this case and **DENY** any currently pending motions as **MOOT**.

   **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 20th day of May, 2024.

WILLIAM P. DIMITROULEAS
United States District Judge

3

Copies to:

Counsel of record