UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-62152-CIV-DIMITROULEAS

DAVID THOMPSON,

    Magistrate Judge Birch

    Plaintiff,

vs.

REGIONS SECURITY SERVICES,
INC., a Florida corporation,

    Defendant.
_____/

## ORDER ADOPTING AND APPROVING REPORT AND RECOMMENDATION; DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR A SUPPLEMENTAL AWARD OF ATTORNEY'S FEES

THIS CAUSE is before the Court upon Plaintiff's Motion for a Supplemental Award of Attorney's Fees [DE 87] and the Report and Recommendation entered by United States Magistrate Judge Augustin-Birch on March 4, 2025 (the "Report") [DE 91]. The Court notes that no objections to the Report [DE 91] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 91] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 91] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusion that Plaintiff's Supplemental Motion for

2

Attorneys' Fees should be denied without prejudice to be refiled, if appropriate, after the appeal is resolved for the reasons articulated in the Report.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 91] is hereby **ADOPTED** and **APPROVED**;

2. Plaintiff's Motion for a Supplemental Award of Attorney's Fees [DE 87] is hereby **DENIED WITHOUT PREJUDICE** to Plaintiff refiling the motion, if appropriate, after the appeal is resolved.

**DONE and ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida, on this 20th day of March, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of record
Magistrate Judge Augustin-Birch